**Ki Bum SON, Petitioner–Appellant,**

v.

**William DRINKWATER; et al.,
Respondents–Appellees.**

No. 01–15275.
D.C. No. CV–01–00023–RCB.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 11, 2002.

Before FERNANDEZ, GRABER, and
GOULD, Circuit Judges.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Ki Bum Son appeals the district court's dismissal of his 28 U.S.C. § 2241 habeas petition, alleging that section 212(h) of the Immigration and Nationality Act violates equal protection and due process. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Singh v. Ilchert*, 63 F.3d 1501, 1506 (9th Cir.1995), and we affirm.

Son's contention that section 212(h) violates equal protection by providing a waiver of deportation to aggravated felons who are not legal permanent residents ("LPR"), while denying such relief to LPR aggravated felons, is foreclosed by our recent decision in *Taniguchi v. Schultz*, 2002 WL 31115538, at *5 (9th Cir. Sept. 25, 2002) (concluding that there is a rational basis for holding LPRs to a higher standard).

We reject Son's contention that section 212(h) violates his right to substantive due process.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

